*Michael F. Brunton*
*Attorney at Law #10901*
*Roof Garden A, Jayhawk Tower*
*700 S.W. Jackson*
*Topeka, KS 66603*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In RE:

    Alvin James Creekmore
Dana    Renae Creekmore

  Debtors                      Case    No. 10-40696-13

### OBJECTION TO CLAIM # 12 OF HSBC BANK NEVADA NA

COME NOW the Debtors and object to claim #12 filed herein by the creditor, HSBC Bank Nevada NA, for the following reasons, to wit:

1.    That the collateral is worth approximately $300.00.

2.    That the $300.00 will be paid through the Debtors' Chapter 13 Plan.

3.    That the remainder of the claim is to be included as an unsecured.

WHEREFORE, Debtors respectfully request that claim #12 of HSBC Bank Nevada NA is to be disallowed as filed, but instead be included as unsecured.

    Respectfully submitted,


  s/                                      Michael F. Brunton
                                            Michael F. Brunton

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF KANSAS*

In RE:
    Alvin James Creekmore
Dana    Renae Creekmore

       Debtors    Case No. 10-40696-13

*NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST*

Notice is hereby given that: OBJECTION TO CLAIM #12 OF HSBC BANK NEVADA NA was filed by the Debtor on or about 2/25/2011.

(COPY                    ATTACHED)

The Honorable Janice Miller Karlin, Bankruptcy Judge, has directed that all creditors be noticed concerning this modification.

YOU ARE FURTHER NOTIFIED that all creditors have 30 days from this date, 2/25/2011, to file written objection thereto. If no objection is filed, an ex parte order will be entered.

If an objection is filed by 3/25/2011, a hearing will be scheduled before the Court of Bankruptcy, 210 Federal Building, 444 SE Quincy, Topeka, Kansas on 4/5/2011 at 1:30 p.m.

DATED AT TOPEKA, KANSAS this 25th day of February, 2011.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2011, a true and correct copy of the Objection to Claim #12 of HSBC Bank Nevada NA was served either electronically or via first class mail upon the following parties Alvin & Dana Creekmore, 22720 Melody Lane, Vassar, KS 66543, HSBC Bank Nevada NA, Bass & Associates PC, 3936 E Ft Lowell Rd Suite 200, Tucson, AZ 85712, Standing Trustee, PO Box 3527, Topeka, KS 66601-3527, and United States Trustee, 500 Epic Center, 301 N Main, Wichita, KS 67202-4898.

s/ Michael F. Brunton
Michael F. Brunton

Date of issuance: 2/25/2011